WALKER *v.* UNITED STATES ET AL.

No. 657. Decided March 18, 1963.

*Henry W. Moursund, Maynard F. Robinson* and *R. Dean Moorhead* for appellant.

*Solicitor General Cox, Assistant Attorney General Loevinger, Robert B. Hummel, Irwin A. Seibel* and *Robert W. Ginnane* for the United States et al., and *George Nokes, Roland Rice, Carl Wright Johnson* and *Nat L. Hardy* for Central Freight Lines Inc. et al., appellees.

PER CURIAM.

The motion to affirm is granted and the judgment is affirmed.

MR. JUSTICE BLACK is of the opinion that probable jurisdiction should be noted.